■ RONALD WILLIS, Appellant, v CITY OF NEW YORK et al., Respondents.—Order, Supreme Court, Bronx County (Howard R. Silver, J.), entered on or about June 17, 1988, which denied a motion by the plaintiff for a severance and for leave to enter a default judgment against defendant Daniel Gaugheran, and which permitted defendants to serve an amended answer nunc pro tunc, unanimously affirmed, without costs.

The court properly denied the motion to enter a default

judgment and permitted the defendants to serve an amended answer. *(See, Mufalli v Ford Motor Co.,* 105 AD2d 642.) The sufficiency of a statement of merit is ordinarily to be left to the discretion of the trial court *(Fidelity & Deposit Co. v Andersen & Co.,* 60 NY2d 693, 695), and we find no abuse of discretion has been demonstrated in this case. Further, the court has the authority, *sua sponte,* to grant relief pursuant to CPLR 3012 (d) even in the absence of a cross motion seeking such relief. *(Shure v Village of Westhampton Beach,* 121 AD2d 887.) Concur—Murphy, P. J., Kupferman, Carro, Kassal and Wallach, JJ.